UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERNITA WORRELL,

          Plaintiff,

- against -

R.G. ORTIZ FUNERAL HOME, INC., ET AL.,

          Defendants.

22-cv-4754 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the defendants to respond to the complaint is extended to September 23, 2022. If the defendants fail to respond to the complaint by that date, the plaintiff may move by order to show cause for a default judgment by October 7, 2022. If the plaintiff fails to move for a default judgment by that date, the case may be dismissed without prejudice for failure to prosecute. The conference scheduled for September 15, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
          September 9, 2022

                                                John G. Koeltl
                                       United States District Judge