UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
VERNITA WORRELL,

                                Plaintiff,

              -against-

R.G. ORTIZ FUNERAL HOME, INC. AND
524 SOUTHERN BLVD LLC,

                               Defendants.
-------------------------------------------------------X

**ORDER TO SHOW CAUSE**
**FOR ENTRY OF DEFAULT**
**JUDGEMENT**

*Civil Action No.:*
1:22-cv-04754-JGK

Upon the affirmation of Bradly G. Marks, Esq. and upon the exhibits ~~hereto attached~~ *thereto*, it is

ORDERED that Defendants, R.G. Ortiz Funeral Home, Inc. and 524 Southern Blvd LLC ~~show~~ *respond in writing to this Order to show Cause* ~~cause before the Honorable John G. Koeltl via Telephone Conference on the ____ day of _____, 20__, at _____ or as soon thereafter as counsel may be heard~~ why an order should not be issued to the Plaintiff granting an Entry of Default Judgment and such further and other relief as the Court deems just and proper. *The Defendants shall respond in writing by December 9, 2022. The plaintiff may reply by Dec. 16, 2022.*

It is further ordered that Plaintiff shall within *4* business days, serve this Order to Show Cause and supporting papers on Defendants ~~via~~ *by hand and Federal Express and file proof of service by 12/1/22.*

*No personal appearance is required.*

Dated: New York, New York
         11/21/22

                                                        /s/ John G. Koeltl
                                                   United States District Judge