```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------
VERNITA WORRELL,
                Plaintiff,

    - against -                            22-cv-4754 (JGK)

R.G. ORTIZ FUNERAL HOME, INC., ET        ORDER
AL.,
                Defendants.
-----------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The time for the defendants to respond in writing to the Court's order to show cause for a default judgment, ECF No. 16, is extended to **January 23, 2023**. The plaintiff may reply by **January 30, 2023**. If the defendants do not respond to the order to show cause by January 23, 2023, a default judgment will be entered.

**SO ORDERED.**

Dated:    New York, New York
           January 9, 2023

                                              _____
                                                 John G. Koeltl
                                       United States District Judge