UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERNITA WORRELL,

                Plaintiff,

- against -

R.G. ORTIZ FUNERAL HOME, INC., ET AL.,

                Defendants.

---

22-cv-4754 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On November 18, 2022, the Clerk of Court issued a certificate of default against the defendants. ECF No. 12. On November 21, 2022, the Court entered an order to show cause why a default judgment should not be entered against the defendants. ECF No. 16. The plaintiff served the order to show cause on the defendants on November 28, 2022. ECF Nos. 17, 18. The time to respond to the order to show cause was extended to January 23, 2023, ECF No. 19, but to date, the defendants have failed to respond. Accordingly, the plaintiff is entitled to a default judgment against the defendants. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

SO ORDERED.

Dated: New York, New York
       February 6, 2023

                                            John G. Koeltl
                                   United States District Judge