```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

**VERNITA WORRELL,**

                     Plaintiff,

    - against -

**R.G. ORTIZ FUNERAL HOME, INC., ET AL.,**

                     Defendants.

**22-cv-4754 (JGK)**

<u>ORDER</u>

------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **March 24, 2023.**

**SO ORDERED.**

**Dated:**    **New York, New York**
               **March 10, 2023**

                                                                   /s/ John G. Koeltl
                                                                        **John G. Koeltl**
                                                               **United States District Judge**